1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11   DANNY M. COSTON,                          Case No. 21-00911 BLF (PR)
                     Petitioner,
12                                             **ORDER OF TRANSER**
           v.
13

14   JOSIE GASTELO, Warden,

15                    Respondent.

16

17

18        Petitioner, a state prisoner at the California State Prison ("CSP") in San Luis

19   Obispo, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254,

20   challenging the latest denial of parole.[1]  Federal courts in California traditionally have

21   chosen to hear petitions challenging a conviction or sentence in the district of conviction or

22   sentencing.  *See* Habeas L.R. 2254-3(b)(1); *Dannenberg v. Ingle*, 831 F. Supp. 767, 768

23   (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  But if the

24   petition challenges the manner in which a sentence is being executed, e.g., if it involves

25   parole or time credits claims, the district of confinement is the preferable forum.  *See*

26   Habeas L.R. 2254-3(b)(2); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).  Here,

27

28   ───────────
     [1] This matter was reassigned to this Court on March 19, 2021.  Dkt. Nos. 6, 7.

1  Petitioner is currently confined at CSP in San Luis Obispo, which lies within the venue of

2  the Western Division of the Central District of California. *See* 28 U.S.C. § 84(c).

3  Therefore, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

4  Accordingly, this case is TRANSFERRED to the United States District Court for the

5  Western Division of the Central District of California. *See* 28 U.S.C. § 1406(a).

6       The Clerk shall terminate all pending motions and transfer the entire file to the

7  Central District of California.

8       **IT IS SO ORDERED.**

9  **Dated:  __June 22, 2021_____**

                                        BETH LABSON FREEMAN

10                                          United States District Judge

25  Order of Transfer
PRO-SE\BLF\HC.21\00911Coston_transfer